1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   RODERICK WASHINGTON,                    1:05-CV-1612 OWW WMW HC

9              Petitioner,

10      vs.                                 ORDER TO SUBMIT
                                            APPLICATION TO PROCEED
11  A. K. SCRIBNER, Warden,                 IN FORMA PAUPERIS
                                            **OR**  FILING FEE
12             Respondent.
                                    /
13

14          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15  corpus pursuant to 28 U.S.C. § 2254.  The petition was originally filed on March 18,  2004, in the

16  United States District Court for the Central District of California.  It was ordered transferred to the

17  Fresno Division on November 23, 2005, and received in this Court on December 20, 2005.  Petitioner

18  has not paid the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the

19  appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

20          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

21  pauperis.

22          2.  Within thirty days of the date of service of this order, petitioner shall submit a

23  completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

24  action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

25  IT IS SO ORDERED.

26  **Dated:    February 14, 2006**              **/s/  William M. Wunderlich**
    bl0dc4                              UNITED STATES MAGISTRATE JUDGE
27

28